# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacy M. Grisolia                         CHAPTER 13

Debtor(s)

BKY. NO. 23-13715 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                  Respectfully submitted,

                                             /s/ **Mark A. Cronin**
                                             Mark Cronin
                                             14 Dec 2023, 13:50:00, EST

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322