# Stacy Grisolia

**From:** Stacy Grisolia <sgrisolia74@gmail.com>
**Sent:** Tuesday, February 20, 2024 3:22 PM
**To:** Stacy Grisolia
**Subject:** Fwd: Employment confirmation

Begin forwarded message:

**From:** Fran Battatisa <Fran_Battatsia@mail.com>
**Date:** February 20, 2024 at 2:57:07 PM EST
**To:** sgrisolia74@gmail.com
**Subject: Employment confirmation**

2/19/2024

Please accept this letter as confirmation of employment for Stacy Grisolia. Stacy provides ITT tutoring and theraplay for our four year old non-verbal autistic son. She provides this service 3 days a week for 4 hours. We pay her $130 (cash) each day plus mileage. Mileage usually comes out to about an additional $12-$25 each month. We have no end date of employment.

Regards,

*[signature]*

Fran Battitisa