# 82771

**Dec 29, 2023**

**Company Name:**
Bucks County Intermediate Unit 22

**Company Address:**
750 N Shady Retreat Road  Doylestown, PA 18901

**Employee Name:**
Stacy Grisolia

**Employee Address:**
1257 Radcliffe St. Bristol, PA 19007

**Employee ID:**
1548950

**Employee SSN (Last 4 digits):**
3038

## Pay Stub Details

**Pay Period:**  Dec 15, 2023 - Dec 29, 2023

| Earnings | Hours | Rate | Total |
|---|---|---|---|
| Salary | 1.00 | 2984.17 | $2984.17 |

**Gross Pay:** $2984.17

| Deductions / Taxes | Rate% | Total |
|---|---|---|
| FICA Medicare | 1.00 | $29.84 |
| FICA Social Security | 6.00 | $179.05 |
| Federal Tax | 22.00 | $656.52 |
| Health Insurance | 2.00 | $59.68 |
| Vision | 1.00 | $29.84 |
| 401(k) Contribution |  | $200.00 |

**Total Deductions/Taxes:** $1154.93

**Net Pay:** $1829.24

**YTD:** $0.00

Refer to EAC for time off balance

# 8386

**Dec 15, 2023**

**Company Name:**
Bucks County Intermediate Unit 22

**Company Address:**
750 N Shady Retreat Road  Doylestown, PA 18901

**Employee Name:**
Stacy Grisolia

**Employee Address:**
1257 Radcliffe St. Bristol, PA 19007

**Employee ID:**
1548950

**Employee SSN (Last 4 digits):**
3038

## Pay Stub Details

**Pay Period:** Dec 1, 2023 - Dec 15, 2023

| Earnings | Hours | Rate | Total |
|---|---|---|---|
| Salary | 1.00 | 2984.17 | $2984.17 |

**Gross Pay:** $2984.17

| Deductions / Taxes | Rate% | Total |
|---|---|---|
| FICA Medicare | 1.00 | $29.84 |
| FICA Social Security | 6.00 | $179.05 |
| Federal Tax | 22.00 | $656.52 |
| Health Insurance | 2.00 | $59.68 |
| Vision | 1.00 | $29.84 |
| 401(k) Contribution |  | $200.00 |

**Total Deductions/Taxes:** $1154.93

**Net Pay:** $1829.24

**YTD:** $0.00

Refer to EAC for time off balance

# 56486

**Nov 30, 2023**

**Company Name:**
Bucks County Intermediate Unit 22

**Company Address:**
750 N Shady Retreat Road  Doylestown, PA 18901

**Employee Name:**
Stacy Grisolia

**Employee Address:**
1257 Radcliffe St. Bristol, PA 19007

**Employee ID:**
1548950

**Employee SSN (Last 4 digits):**
3038

## Pay Stub Details

**Pay Period:** Nov 15, 2023 - Nov 30, 2023

| Earnings | Hours | Rate | Total |
|---|---|---|---|
| Salary | 1.00 | 2984.17 | $2984.17 |

**Gross Pay:** $2984.17

| Deductions / Taxes | Rate% | Total |
|---|---|---|
| FICA Medicare | 1.00 | $29.84 |
| FICA Social Security | 6.00 | $179.05 |
| Federal Tax | 22.00 | $656.52 |
| Health Insurance | 2.00 | $59.68 |
| Vision | 1.00 | $29.84 |
| 401(k) Contribution |  | $200.00 |

**Total Deductions/Taxes:** $1154.93

**Net Pay:** $1829.24

**YTD:** $0.00

Refer to EAC for time off balance

# 00501

**Nov 14, 2023**

**Company Name:**
Bucks County Intermediate Unit 22

**Company Address:**
750 N Shady Retreat Road  Doylestown, PA 18901

**Employee Name:**
Stacy Grisolia

**Employee Address:**
1257 Radcliffe St. Bristol, PA 19007

**Employee ID:**
1548950

**Employee SSN (Last 4 digits):**
3038

## Pay Stub Details

**Pay Period:** Nov 1, 2023 - Nov 14, 2023

| Earnings | Hours | Rate | Total |
|---|---|---|---|
| Salary | 1.00 | 2984.17 | $2984.17 |

**Gross Pay:** $2984.17

| Deductions / Taxes | Rate% | Total |
|---|---|---|
| FICA Medicare | 1.00 | $29.84 |
| FICA Social Security | 6.00 | $179.05 |
| Federal Tax | 22.00 | $656.52 |
| Health Insurance | 2.00 | $59.68 |
| Vision | 1.00 | $29.84 |
| 401(k) Contribution |  | $200.00 |

**Total Deductions/Taxes:** $1154.93

**Net Pay:** $1829.24

**YTD:** $0.00

Refer to EAC for time off balance

# 74516

**Oct 31, 2023**

**Company Name:**
Bucks County Intermediate Unit 22

**Company Address:**
750 N Shady Retreat Road  Doylestown, PA 18901

**Employee Name:**
Stacy Grisolia

**Employee Address:**
1257 Radcliffe St. Bristol, PA 19007

**Employee ID:**
1548950

**Employee SSN (Last 4 digits):**
3038

## Pay Stub Details

**Pay Period:**  Oct 13, 2023 - Oct 31, 2023

| Earnings | Hours | Rate | Total |
|---|---|---|---|
| Salary | 1.00 | 2984.17 | $2984.17 |

**Gross Pay:**  $2984.17

| Deductions / Taxes | Rate% | Total |
|---|---|---|
| FICA Medicare | 1.00 | $29.84 |
| FICA Social Security | 6.00 | $179.05 |
| Federal Tax | 22.00 | $656.52 |
| Health Insurance | 2.00 | $59.68 |
| Vision | 1.00 | $29.84 |
| 401(k) Contribution |  | $200.00 |

**Total Deductions/Taxes:**  $1154.93

**Net Pay:**  $1829.24

**YTD:**  $0.00

Refer to EAC for time off balance

# Notice

**Oct 12, 2023**

**Company Name:**
Bucks County Intermediate Unit 22

**Company Address:**
750 N Shady Retreat Road  Doylestown, PA 18901

**Employee Name:**
Stacy Grisolia

**Employee Address:**
1257 Radcliffe St. Bristol, PA 19007

**Employee ID:**
1548950

**Employee SSN (Last 4 digits):**
3038

## Pay Stub Details

**Pay Period:**  Oct 1, 2023 - Oct 12, 2023

| Earnings | Hours | Rate | Total |
|---|---|---|---|
| Salary | 1.00 | 2984.17 | $2984.17 |

**Gross Pay:** $2984.17

| Deductions / Taxes | Rate% | Total |
|---|---|---|
| FICA Medicare | 1.00 | $29.84 |
| FICA Social Security | 6.00 | $179.05 |
| Federal Tax | 22.00 | $656.52 |
| Health Insurance | 2.00 | $59.68 |
| Vision | 1.00 | $29.84 |
| 401(k) Contribution |  | $200.00 |

**Total Deductions/Taxes:** $1154.93

**Net Pay:** $1829.24

**YTD:** $0.00

Refer to EAC for time off balance