United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13715-pmm |
| Stacy M. Grisolia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacy M. Grisolia, 1257 Radcliffe Street, Bristol, PA 19007-5327 |
| 14837122 | + | Bristol Borough Water & Sewer Authority, 250 Pond St., Bristol, PA 19007-4937 |
| 14837134 | + | Health Network Laboratories, PO Box 8500, Lockbox #9581, Philadelphia, PA 19178-0001 |
| 14837143 | + | Recon Ortho Assoc II PC, PO Box 757910, Philadelphia, PA 19175-7910 |
| 14837153 | + | Trident Asset Management, 53 Perimeter Center East, Atlanta, GA 30346-2294 |
| 14837156 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14848385 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 23:58:14 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14837126 | | Email/Text: bankruptcy@cavps.com | Jul 25 2024 23:53:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14837124 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 23:58:14 | Cardworks/CW Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14837123 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 23:58:14 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14837125 | + | Email/Text: bankruptcy@cavps.com | Jul 25 2024 23:53:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14854367 | + | Email/Text: bankruptcy@cavps.com | Jul 25 2024 23:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14837127 | + | Email/Text: docs@chaserec.com | Jul 25 2024 23:54:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 14837128 | + | Email/Text: documentfiling@lciinc.com | Jul 25 2024 23:53:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 14837129 | ^ | MEBN | Jul 25 2024 23:48:37 | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 14837130 | ^ | MEBN | Jul 25 2024 23:48:36 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 14837131 | + | Email/Text: bankruptcydepartment@tsico.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 25 2024 23:54:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14837132 | | Email/Text: bknotices@fbcs-inc.com | Jul 25 2024 23:53:00 | FBCS, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14837133 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 25 2024 23:58:13 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14848397 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 23:58:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14837135 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2024 23:53:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14837136 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2024 23:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14837137 | + | Email/Text: ngisupport@radiusgs.com | Jul 25 2024 23:53:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14837601 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 23:53:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14838940 | ^ | MEBN | Jul 25 2024 23:48:41 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14853474 | + | Email/Text: blegal@phfa.org | Jul 25 2024 23:53:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14837141 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 23:58:35 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14837140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 23:58:55 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14837142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2024 00:09:12 | Portfolio Recovery Associates, PO BOx 12914, Norfolk, VA 23541 |
| 14837138 | + | Email/Text: blegal@phfa.org | Jul 25 2024 23:53:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14837139 | + | Email/Text: blegal@phfa.org | Jul 25 2024 23:53:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14848799 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 25 2024 23:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14842371 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2024 23:53:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14837144 | ^ | MEBN | Jul 25 2024 23:48:44 | Rushmore Service Center, PO Box 5507, Sioux Falls, SD 57117 |
| 14837145 | + | Email/Text: bankruptcy@savit.com | Jul 25 2024 23:54:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 14837146 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2024 23:54:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14837147 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2024 23:54:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14837149 | + | Email/Text: bncmail@w-legal.com | Jul 25 2024 23:53:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14837148 | + | Email/Text: bncmail@w-legal.com | Jul 25 2024 23:53:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14837150 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jul 25 2024 23:53:00 | The CBE Group, Inc., Payment Processing Center, PO Box 2038, Waterloo, IA 50704-2038 |
| 14837151 | | Email/Text: famc-bk@1stassociates.com | Jul 25 2024 23:53:00 | Total Card, Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |

| | | | | |
|---|---|---|---|---|
| 14837152 | | ^ MEBN | Jul 25 2024 23:48:28 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14837963 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov  Jul 26 2024 00:09:10 | | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14837155 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com  Jul 25 2024 23:53:00 | | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14837154 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com  Jul 25 2024 23:53:00 | | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Stacy M. Grisolia support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    STACY M. GRISOLIA

Debtor

Chapter 13

Bankruptcy No. 23-13715-PMM

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
Bankruptcy Judge

**Date: July 25, 2024**